# GURSOY LAW FIRM, P.C.

website: www.gursoylaw.com
email: gursoylaw@gmail.com

1624 Voorhies Avenue • Brooklyn, NY 11235 • (718) 646-5783 • FAX (718) 228-7969

*MAILING ADDRESS: P.O. BOX 350-376, BROOKLYN, NY 11235*

**Via ECF**

January 6, 2022

**MEMO ENDORSED**

The Honorable Judge Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007
(212) 805-6350
CaproniNYSDChambers@nysed.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2022

**Re: 21-cv-8438 (VEC)**
*Edwards v. Garland et al.*
**Request for Adjournment of the Initial Pretrial Conference**

Your Honor:

As there has been no Appearance on behalf of the Defendants, please find the following Plaintiff's Letter Request for Adjournment of the Initial Pretrial Conference.

This matter is a mandamus action compelling the Defendants to adjudicate Plaintiffs longstanding I-130 Petition for Alien Relative and accompanying I-485 Application to Adjust Status both of which have been pending with Defendant United States and Citizenship Services (USCIS) since March 23, 2018.

As USCIS has, since the filing of this action, issued a second interview notice to Plaintiffs, commonly referred to as a 'Stokes Interview' request for an interview on January 11, 2022, Plaintiffs request that the currently scheduled Initial Pretrial Conference (IPTC), scheduled for January 14, 2022 at 3:30 p.m., be postponed as there now appears to be movement by Defendants which might

*January 5, 2022*
*Page 2*

render this matter moot. Plaintiffs request the IPTC be rescheduled for Friday morning, March 18, 2022, which is just over 60 days after the scheduled Stokes Interview date, or any following Friday as fits into the Court's schedule. This is Plaintiffs first request for an adjournment.

Sincerely:

Counsel for Plaintiffs

S/Stuart Goldberg/
*Counsel for Plaintiffs*

Stuart Goldberg, Esq.
SDNY SG7932
**GURSOY LAW FIRM, P.C.**
1624 Voorhies Avenue
Brooklyn, NY 11235
Phone: (718) 646-5783
Fax: (718) 228-7969
goldberg@gursoylaw.com

---

Application GRANTED. The initial pretrial conference scheduled for January 14, 2022 is adjourned to **March 18, 2022 at 11:00 a.m.** The parties' joint submission is due by **March 10, 2022**. The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 8438.

SO ORDERED.

*[signature]*
1/5/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE